IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEFINA REYES-MORENO,<br><br>　　　　　　　Defendant. | Case No.:  1:19-CR-00059-001 NONE SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 16, 2021, to Time Served (6 months),

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **April 16, 2021**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE